537 U.S. 1079
 GONZALEZ-CRUZ
v.
UNITED STATES;
AVINA-LOPEZ
v.
UNITED STATES;
JAVIER-LOPEZ
v.
UNITED STATES (Reported below: 43 Fed. Appx. 116);
LOPEZ-LOPEZ
v.
UNITED STATES;
MARTINEZ-CRUZ, AKA MARTINEZ-AGUILAR, AKA CRUZ-MARTINEZ
v.
UNITED STATES;
MENDOZA-DIAZ
v.
UNITED STATES;
MENDOZA-GUTIERREZ, AKA MONTALVAN-GUERRA
v.
UNITED STATES;
MENDOZA-REYES
v.
UNITED STATES;
RODRIGUEZ-VENEGAS
v.
UNITED STATES;
SANDOVAL-NAVARRO
v.
UNITED STATES; and
SANTANA-LOSANO
v.
UNITED STATES.
 No. 02-7326.
 Supreme Court of United States.
 December 9, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
 
 
 2
 C. A. 9th Cir. Certiorari denied.